**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7030

MAMADOU BAILO DIALLO,

Petitioner - Appellant,

versus

MELANIE PERREIRA, Director of Howard County
Detention Center; CALVIN MCCORMICK, District
Director of Homeland Security and bureau of
Immigration and Customs Enforcement; DOUGLAS
RIPPE, Supervisor of DHS/BICE Field Detention
of Baltimore,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(8:07-cv-00348-AW)

Submitted:  December 19, 2007      Decided:  January 8, 2008

Before NIEMEYER and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mamadou Bailo Diallo, Appellant Pro Se.  George William Maugans,
III, Special Assistant United States Attorney, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mamadou Bailo Diallo appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Diallo v. Perreira</u>, No. 8:07-cv-00348-AW (D. Md. June 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>